In the Interest of T.R., a minor.

In the Interest of S.R., a minor.

In the Interest of S.R., a minor.

In the Interest of J.R., a minor.

JUVENILE OFFICER, Respondent,

v.

B.A.M., Appellant.

No. 72705.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 2, 1998.

John D. Rayfield, Cunningham, Rayfield & Bouchard, P.C., Crystal City, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Ronald C. Coleman, Festus, Brian Hammon, Hillsboro, Guardian Ad Litem.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Mother appeals from the juvenile court's judgment terminating her parental rights to her four minor children. The juvenile court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed under Rule 84.16(b).